IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA ARCHIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  3:09CV506-WHA |
| | ) | |
| HOME-TOWNE SUITES, LLC, | ) | (WO) |
| | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case, Final Judgment is entered in favor of Home-Towne Suites, LLC and against Linda Archie on her federal claims and her state law claim for negligent supervision.

The court declines to exercise supplemental jurisdiction, pursuant to § 28 U.S.C. § 1367(c), over the state law claim of fraudulent inducement and that claim is DISMISSED without prejudice.

Costs are taxed against the Plaintiff.

DONE this 8th day November, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE